

**SO ORDERED**

*[signature]*

**Ingrid S. Bakke**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br><br>1777 Sixth St.<br>P.O. Box 4249<br>Boulder, CO 80306<br>(303) 441-3750 | **EFILED Document**<br>**CO Boulder County District Court 20th JD**<br>**Filing Date: Nov 28 2011 12:55PM MST**<br>**Filing ID: 41081213**<br>**Review Clerk: N/A** |
| **Plaintiff:**<br><br>JOHN HERMANN;<br><br>v.<br><br>**Defendant:**<br><br>HARTFORD CASUALTY INSURANCE COMPANY. | ▲   COURT USE ONLY   ▲<br><br>Case No. 2011cv1164<br><br>Division        Ctrm: |
| Michael D. Alper (Atty Reg #34133 )<br>Kenneth E. Stalzer (Atty Reg. #42896)<br>Wheeler Trigg O'Donnell LLP<br>1801 California Street, Suite 3600<br>Denver, Colorado 80202<br>(303) 244-1800 telephone<br>(303) 244-1879 Facsimile<br>alper@wtotrial.com<br>stalzer@wtotrial.com | |

**ORDER GRANTING HARTFORD CASUALTY INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE TO ANSWER (COLO. R. CIV. P. 12(a))**

THIS MATTER comes before the Court upon the motion of Hartford Casualty Insurance Company ("Hartford") for a 21-day extension of the deadline to answer (Colo. R. Civ. P. 12(a)), to and including December 19, 2011.  The Court, being fully advised,

HEREBY ORDERS that Hartford is granted an extension of the deadline to answer (Colo. R. Civ. P. 12(a)), to and including December 19, 2011.

Dated this _____ day of _____, 2011.

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Boulder County District Court 20th JD |
| **Judge:** | Ingrid S Bakke |
| **Alternate Judge:** | Lisa D Hamilton-Fieldman |
| **File & Serve Transaction ID:** | 41008214 |
| **Current Date:** | Nov 28, 2011 |
| **Case Number:** | 2011CV1164 |
| **Case Name:** | HERMANN, JOHN vs. HARTFORD CASUALTY INSURANCE COMPANY |
| **Court Authorizer:** | Ingrid S Bakke |

**/s/ Judge Ingrid S Bakke**