**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-03188-REB-MEH

JOHN HERMANN,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on the **Hartford Casualty Insurance Company's Motion To Vacate The Early Neutral Evaluation** [#14][2] filed March 28, 2012.  After reviewing the motion and the file, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** that the **Hartford Casualty Insurance Company's Motion To Vacate The Early Neutral Evaluation** [#14] filed March 28, 2012, is **GRANTED**.

    Dated:  March 30, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.