IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03188-REB-MEH

JOHN HERMANN,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 7, 2012**.

    Before the Court is Defendant's Motion to Strike Plaintiff's Expert Disclosure of Ryan A. Spear [filed September 12, 2012; docket #62]. Defendant argues that because the Plaintiff failed to include Mr. Spear's qualifications or testimonial history with his expert report as required by Fed. R. Civ. P. 26(a)(2)(B), the Court should strike Mr. Spear's expert report. Plaintiff responded by explaining to the Court that the omission has been rectified and that Mr. Spear's deposition is scheduled to proceed. Defendant filed no reply brief and, thus, does not dispute that this matter has been resolved.[1] Therefore, the motion is **denied as moot**.

---

[1] This order has no bearing on any other pending motion involving Mr. Spears in this action.