IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03188-REB-MEH

JOHN HERMANN,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.
_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**Michael E. Hegarty, United States Magistrate Judge**.

This matter comes before the Court *sua sponte*. Today, November 15, 2012, the parties appeared before the Court for a Final Pretrial Conference; however, two unopposed motions are recently pending seeking to reopen discovery and to continue the trial and trial preparation conference dates. The parties explained that there remains limited discovery of the Plaintiff's expert witnesses in the form of depositions and the production of an expert's file. As it appears the parties, despite diligent and good faith efforts to complete discovery in the period scheduled, will be unable to complete such discovery before the current trial and trial preparation dates, this Court respectfully RECOMMENDS that the Trial Preparation Conference set for December 21, 2012, and the trial date set for January 7, 2013, be **vacated** and **reset** in accordance with the parties' request in the pending Motion to Continue Trial [docket #78] or as Judge Blackburn's calendar permits.[1] This Court agrees

---

[1] Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need

with the parties that a 90-day continuance will allow the parties the time necessary to complete the identified discovery. In addition, because of the nature of the reason underlying the additional discovery the parties wish to accomplish, it is now more likely that the case may settle before trial, and the additional time will permit the parties to explore that option.

Respectfully submitted at Denver, Colorado, this 15th day of November, 2012.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

---

not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).