**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-03188-REB-MEH | Date:   November 15, 2012 |
| Courtroom Deputy:    Cathy Coomes | **FTR – Courtroom A501** |

JOHN HERMANN,                                                    Peter Moyson

      Plaintiff,

vs.

HARTFORD CASUALTY INSURANCE COMPANY,      Kenneth Stalzer

      Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**FINAL PRETRIAL CONFERENCE**

**Court in session:**       **9:35 a.m.**

Court calls case.  Appearances of counsel.

Discussion regarding whether a Final Pretrial Conference should be held at this time, Hartford Casualty Insurance Company's Motion to Strike Plaintiff's "Non-Retained" Expert Disclosures (Doc. #63), and the Unopposed Motion by Hartford Casualty Insurance Company to Permit Certain Discovery After the Discovery Deadline (Doc. #75).

The Court will recommend to Judge Blackburn that the trial date be reset and will not conduct a Final Pretrial Conference at this time.

**ORDERED:**   The Unopposed Motion by Hartford Casualty Insurance Company to Permit Certain Discovery After the Discovery Deadline (Doc. #75, filed 11/5/12) is DENIED without prejudice.

**Court in recess:**       **9:49 a.m**       **(Hearing concluded)**
**Total time in court:**  14 minutes