IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 11-cv-03188-REB-MEH

JOHN HERMANN,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

## ORDER LIFTING ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    This matter is before me on the **Joint Motion To Reopen Civil Action** [#97][1] filed March 3, 2015. I grant the motion.

    This case was closed administratively pending the resolution of certain issues in a parallel bankruptcy proceeding. Those issues have been resolved by the bankruptcy court, and the issues in this case now are ripe for resolution. These circumstances constitute good cause to reopen this case.

    Under D.C.COLO.LCivR 41.2, administrative closure of a case terminates all pending motions. Re-opening of the case does not reinstate such motions.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion To Reopen Civil Action** [#97] filed March 3, 2015, is **GRANTED**;

---

[1] "[#97]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action; and

3.  That the Honorable Michael E. Hegarty, the United States Magistrate Judge assigned to this case, **SHALL CONDUCT** a scheduling conference and enter an appropriate scheduling order.[2]

Dated March 4, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[2] This second scheduling conference and concomitant scheduling order shall supplant and supersede the initial scheduling conference and order of January 27, 2012, *see* [#12] and [#13].