**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03188-REB-MEH

JOHN HERMANN,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Granting Motion for Summary Judgment** [#139] of Judge Robert E. Blackburn entered on March 25, 2016, it is

ORDERED that judgment enters in favor of the defendant, Hartford Casualty Insurance Company, and against the plaintiff, John Hermann; it is

FURTHER ORDERED that the defendant is awarded its costs to be taxed by the clerk of the court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 25th day of March, 2016.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

          By: s/  K. Finney
                K. Finney
                Deputy Clerk