IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03188-REB-MEH

JOHN HERMANN,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 15, 2016**.

    Before the Court is Plaintiff's Motion to Stay Proceedings [filed April 14, 2016; docket #142]. Although not clearly articulated by the Plaintiff, it appears at first glance that he seeks to stay or continue the costs hearing in this case, which apparently is set for May 10, 2016. However, the Plaintiff does not contend that he is unavailable that day or that the setting is otherwise inconvenient; rather, Plaintiff asserts that Defendant "is seeking $12,022.25 in costs" and he "is a person of limited financial means." Thus, the Court construes Plaintiff's motion as seeking to stay the execution of a sum-certain costs award. However, the Clerk of the Court has not yet taxed costs against the Plaintiff. Accordingly, the motion will be **denied without prejudice** as premature. Once a sum-certain award of costs has been issued by the Clerk, the Plaintiff may re-file his motion if he so chooses at that time.